UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAGALI M. ORTIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:02-cv-1975-JDT-TAB |
| ) | |
| LELAND MEDICAL CENTERS, INC., ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

The court, having decided that Plaintiff's motion for summary judgment should be denied and that Defendant's motion for summary judgment should be granted, now therefore **ORDERS, ADJUDGES AND DECREES** that judgment is entered in favor of Defendant Leland Medical Centers, Inc. and against Plaintiff Magali M. Ortiz. Defendant is allowed costs.

ALL OF WHICH IS ORDERED this 21st day of November 2005.

Laura A. Briggs, Clerk
United States District Court

_Evelyn A. Hollins_
By Evelyn A. Hollins, Deputy Clerk

John Daniel Tinder, Judge
United States District Court